TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00593-CV







Margaret T. Shafer dba Alancor International One, Appellant



v.



Sam C. Berry and Barbara Ballard, Appellees







FROM THE DISTRICT COURT OF COMAL COUNTY, 22ND JUDICIAL DISTRICT


NO. C95-271A, HONORABLE CHARLES R. RAMSAY, JUDGE PRESIDING







PER CURIAM


 The parties have filed a joint motion to dismiss this appeal. The motion is granted. 
Tex. R. App. P. 59(a)(1)(A).

 The appeal is dismissed.


Before Chief Justice Carroll, Justices Aboussie and Kidd

Dismissed on Joint Motion

Filed: March 20, 1996

Do Not Publish